# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

July 26, 2021

**Via ECF**

Hon. Gabriel W. Gorenstein  
United States Magistrate Judge  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

**MEMORANDUM ENDORSEMENT**

Re: Domingo Ocampo Vazquez v. Adyar Ananda Bhavan Corp., et al  
Docket No.: 21-cv-02793 (JPO) (GWG)

Your Honor:

My office represents Plaintiff in the above-captioned matter. I write, jointly with defense counsel, and in accordance with the Court's directive dated July 19, 2021, to inform the Court that the parties desire to have a settlement conference after we have exchanged and reviewed documents and information that are germane to the issues in this case. Subject to the Court's calendar, the parties are available for the settlement conference on September 30th, October 6th, or October 7th.

The parties thank the Court for its time and consideration of this matter.

Respectfully submitted,

/s_____  
William K. Oates, Esq.  
Michael Faillace & Associates, P.C.  
*Attorneys for Plaintiff*

cc: Jason Mizrahi, Esq. (via ECF)  
*Attorney for Defendants*

**The parties shall file a letter on ECF when both sides are fully prepared to participate in a settlement conference (and shall include proposed dates for such a conference). The Court will schedule such a conference promptly thereafter.**

So Ordered.

*[signature]*  
GABRIEL W. GORENSTEIN  
United States Magistrate Judge  
July 26, 2021